K. K. Kindwall, Appellee, v. Larson & Ringius, Inc., Appellant.

Gen. No. 46,854. (Abstract of Decision.)

First District, Third Division.

May 23, 1956.

Released for publication June 13, 1956.

Ward Heidenrich, for appellant; Johnson, Cass &. Bateman, of counsel; Bergstrom, Evans & Nelson, for appellee; Edward H. Nelson, of counsel. Opinion by JUDGE KILEY. Not to be published in full.